IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JINGXIN QIU,

    Plaintiff,

vs.                                                   CASE NO. 1:06CV197-SPM/AK

MICHAEL CHERTOFF, et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

      Pursuant to Rule 41, Federal Rules of Civil Procedure, the Court hereby dismisses with prejudice this complaint upon the filing of Plaintiff's Notice of Voluntary Dismissal.  (Doc. 17).

      **DONE AND ORDERED** this  **12th**  day of March, 2007.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**